UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE
RMAC TRUST, SERIES 2016-CTT,

                    Plaintiff,

-against-

EARL W. COKLEY,

                    Defendant.

ORDER

20-CV-00381 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 4, 2021, Plaintiff moved for summary judgment. (Doc. 32). Pursuant to the Court's April 30, 2021 Order, Defendant's opposition to Plaintiff's motion was due by June 25, 2021. (Doc. 22). To date, Defendant has not filed opposition to the motion or sought any extension of time to do so.

The Court *sua sponte* extends Defendant's time to oppose the motion for summary judgment to September 17, 2021. Plaintiff's reply, if any, is due October 1, 2021.

**If Defendant fails to file opposition by September 17, 2021, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

Dated: White Plains, New York
        August 25, 2021

SO ORDERED:

_____
Philip M. Halpern
United States District Judge