United States District Court
for the
Southern District of New York

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>　　　　Plaintiff<br>　　　v.<br><br><br>EARL W. COKLEY<br><br>　　　　Defendant(s) | )<br>)<br>)<br>)<br>)　Civil Action No. 7:20-cv-00381<br>)<br>)　**NOTICE OF WITHDRAWAL**<br>)<br>)<br>)<br>)<br>)<br>) |

**PLEASE TAKE NOTICE**, the Plaintiff requests that its motion for summary judgment and related relief filed on June 4, 2021 (*See* Document #32) be withdrawn because the Plaintiff and Defendant settled the action and are in the process of voluntarily dismissing in accordance with Fed. R. Civ. P. §41(a)(1)(A)(ii).

DATED:　February 7, 2022
　　　　　Westbury, New York

　　　　　　　　　　　　　　　　　　　By:　/SJV/
　　　　　　　　　　　　　　　　　　　　　Stephen J. Vargas Esq
　　　　　　　　　　　　　　　　　　　　　Gross Polowy, LLC
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　900 Merchants Concourse, Suite 201
　　　　　　　　　　　　　　　　　　　　　Westbury, New York 11590
　　　　　　　　　　　　　　　　　　　　　Telephone: (716) 204-1700
　　　　　　　　　　　　　　　　　　　　　Facsimile: (716) 204-1702
　　　　　　　　　　　　　　　　　　　　　(Facsimile not for service)

TO:
Aronow Law, PC
*Attorney for Defendant Earl W. Cokley*
7600 Jericho Turnpike, Suite 115
Woodbury, NY 11797

---

Motion granted. The motion for summary judgment and related relief (Docs. 32-35) is deemed withdrawn. The Clerk of Court is respectfully requested to terminate the pending motions (Doc. 32; Doc. 37).

SO ORDERED.

*[signature]*

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
　　　　February 11, 2022

United States District Court

for the

Southern District of New York

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>Plaintiff<br><br>v.<br><br>EARL W. COKLEY, ET AL<br><br>Defendant(s) | )<br>)<br>)<br>)<br>) Civil Action No. 7:20-cv-00381<br>)<br>)<br>)<br>) **AFFIDAVIT OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Melissa S. Krause, being duly sworn, deposes and states as follows:

That deponent is an employee of Gross Polowy, LLC Attorney of record for the Plaintiff in the above captioned action. That deponent is not a party to this action. Deponent is over the age of 18 years.

That on February 10, 2022, deponent served a true copy of the Notice of Withdrawal on the Defendant(s) or the attorneys for the Defendants, whose names, representation and designated addresses appear below or as shown on the attached by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in an official postal depository at 1775 Wehrle Drive, Suite 100, Williamsville, NY under the care and custody of the United States Postal Service within the State of New York.

| Name and Address of Party Served | Mode of Service |
|---|---|
| Aronow Law, PC<br>*Attorney for Defendant Earl W. Cokley*<br>7600 Jericho Turnpike, Suite 115<br>Woodbury, NY 1179 | ☒ Regular mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |

7:20-cv-00381                                                                                       Affidavit of Service by Mail

The foregoing statements are true, under penalty of perjury.

_/s/ Melissa S. Krause_
Melissa S. Krause
Legal Assistant

Sworn to before me this February 10, 2022

_/s/ Dawn M. Peters_
Dawn M Peters
Notary Public

Dawn M Peters
Notary Public, State of New York
Certified in Erie County
License No. 01PE6277388
My Commission Expires March 4, 2025